**BOTTINEAU COOPERATIVE CREAMERY, Appellant, v. UNITED STATES of America.**

No. 13995.

United States Court of Appeals
Eighth Circuit.

March 10, 1950.

Robert O. Sullivan, St. Paul, Minn., for appellant.

P. W. Lanier, United States Attorney, Fargo, N. D., and J. P. Stevens, Assistant United States Attorney, Minot, N. D., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee and stipulation of parties.

**W. R. BUCKLEY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 10084.

United States Court of Appeals
Third Circuit.

Argued Feb. 21, 1950.

Decided March 21, 1950.

Cornelius C. O'Brien, Philadelphia, Pa. (Joseph F. McVeigh, Philadelphia, Pa., on the brief), for appellant.

Harry Baum, Washington, D. C. (Theron Lamar Caudle, Assistant Attorney General, Ellis N. Slack, Special Assistant to Attorney General, on the brief), for appellee.

Before BIGGS, Chief Judge, and GOODRICH and HASTIE, Circuit Judges.

PER CURIAM.

An examination of the briefs and the record in this case and a careful consideration of the oral argument convince us that the Tax Court of the United States reached the correct conclusion upon the facts and the law. Consequently its decision will be affirmed.

**Laurie J. CARPENTER, Appellant, v. ROHM & HAAS CO., Inc.**

No. 10123.

United States Court of Appeals
Third Circuit.

Argued March 7, 1950.

Decided March 21, 1950.

Rehearing Denied April 10, 1950.

Laurie J. Carpenter, pro se.

Morton E. Evans, Wilmington, Del. (James R. Morford, Wilmington, Del., Morford, Bennethum, Marvel & Cooch, Wilmington, Del., on the brief), for appellee.

Before BIGGS, Chief Judge, HASTIE, Circuit Judge, and LEDERLE, District Judge.

PER CURIAM.

The judgment of the court below, 9 F. R.D. 535, will be affirmed.